```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 13685
   WILLIAM LEROY WASMER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX
        Debtor
   SSN XXX-XX-1979


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/12/2005 and was confirmed 07/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  49.15% from remaining funds.

     The case was dismissed after confirmation 01/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY          2693.76          .00         2693.76
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED         .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED         .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY           241.79          .00          241.79
ILLINOIS DEPT OF REVENUE  PRIORITY         NOT FILED         .00             .00
ILLINOIS DEPT OF REVENUE  UNSECURED           50.40          .00            5.54
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED         .00             .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED         .00             .00
CAPITAL ONE               UNSECURED        NOT FILED         .00             .00
CAPITAL ONE BANK          UNSECURED        NOT FILED         .00             .00
CAPITAL ONE               UNSECURED        NOT FILED         .00             .00
CHASE BANK N A            UNSECURED        NOT FILED         .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED         .00             .00
COMCAST                   UNSECURED        NOT FILED         .00             .00
FLEET CREDIT CARD         UNSECURED        NOT FILED         .00             .00
HSBC/BEST BUY             UNSECURED        NOT FILED         .00             .00
NICOR GAS                 UNSECURED        NOT FILED         .00             .00
RESURGENT ACQUISITION LL  UNSECURED         4496.17          .00          601.73
RESURGENT ACQUISITION LL  UNSECURED         6045.25          .00          809.05
US BANK                   UNSECURED         1087.85          .00          145.59
WILLIAM J KAMM INSURANCE  UNSECURED        NOT FILED         .00             .00
INTERNAL REVENUE SERVICE  UNSECURED         1080.62          .00          144.62
JOHN ELLSWORTH            DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                         260.79
DEBTOR REFUND             REFUND                                            1.28

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  4,904.15
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 13685 WILLIAM LEROY WASMER

```
PRIORITY                                                  2,935.55
SECURED                                                        .00
UNSECURED                                                 1,706.53
ADMINISTRATIVE                                                 .00
TRUSTEE COMPENSATION                                        260.79
DEBTOR REFUND                                                 1.28
                                      ---------------   ---------------
TOTALS                                      4,904.15          4,904.15
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/11/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```